UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN IVEY, )
7611 S. O B T, #278 )
Orlando, FL, 32809, )
)
Plaintiff, )  Case: 1:07-cv-01284
) Assigned To : Sullivan, Emmet G.
) Assign. Date : 7/19/2007
V. ) Description: FOIA/PRIVACY ACT
)
DEPARTMENT OF JUSTICE, )
950 Pennsylvania Av., N.W., )
Washington, DC, 20530 )
)
Defendant. )

## COMPLAINT PURSUANT TO THE PRIVACY ACT AND FREEDOM OF INFORMATION ACT

1.     Pursuant to the Privacy Act, 5 USCS § 552a, the Freedom of

Information Act and Rule 8 of Civil Procedure the plaintiff is requesting

Court review of the following complaint in regards to the defendant,

U S Department of the Justice, refusal to supply requested the below

referenced documention.

### BACKGROUND

2.     The plaintiff has requested information from the defendant,

US Department of Justice, under the FOIA /PA concerning the plaintiff's

1

RECEIVED
JUN 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

correspondences to Nicole Birch and Laura Sauer in the Civil/Criminal Divisions, exhibit A, on October 10, 2005 . As seen in the exhibit the request was made to Thomas McIntyre in the FOIA Disclosure Unit.

3.   On November 14, 2005, the plaintiff, as instructed by the defendant, did forward the request again to the FOIA/PA Branch Manager, exhibit B. The plaintiff agreed to pay any needed cost up to $ 50 as indicated.

4.   On January 17, 2006, the plaintiff replied to the defendant's request for "Certification of Identity." As indicated, since certain identifiers requested were not part of any correspondences from the plaintiff to the defendant, they would not be on any FOIA/PA request. This would, additionally, apply to all records as requested.

5.   The plaintiff, after waiting the required time without any production of documents, he appealed to the Director in the Office of Information and Privacy on May 29, 2006, exhibit D.

6.   Dated October 23, 2006, exhibit E is the answer from the defendant to the appeal of the plaintiff's request . After waiting 8 months without any reply from the defendant's Civil Rights Division with the requested records, the plaintiff is now filing this cicil action.

2

## REQUEST OF THE COURT

7. The plaintiff request the Court to determine that the above records be searched and forwarded to the plaintiff as per the FOIA/PA from the defendant. The plaintiff, further, request the Court to determine and award the plaintiff any relative necessary costs and fees associated with the civil action and /or any sufficient damages.

June 22, '07
Date

Plaintiff
Steven Ivey
7611 S. O B T., #278
Orlando, FL, 32809

Steven Ivey
7611 S. Orange Bl. Tr., Ste. #278
Orlando, Fl, 32809
757-560-9485

**Attn. Thomas McIntyre**
**FOIA Disclosure Unit**
**Department of Justice**
**Criminal Division / Ste. 1127**
**1301 New York Avenue, N.W.**
**Washington, DC, 20530-0001**

10/10/05

**Dear Thomas McIntyre,**

   I am writing to inquire as to if this office is the proper office to request information under the FOIA and the Privacy Act of 1974 as maintained by the DOJ which were correspondences to Nicole Birch and Laura Sauer of the DOJ.

   The records I am requesting are those correspondences sent to the two above employees in your criminal/civil division during the period from January 2001 to May 2001.

   Please forward the requested information to the above address.

           Sincerely,


           Steven Ivey

*EXHIBIT A*

Steven Ivey
7611 S. OBT, Ste. #278
Orlando, Fl, 32809
757-560-9485

FOIA/PA Branch Manager
Civil Rights Division, Rm 311, NALC Bldg.
950 Pennsylvania Avenue, N.W.
Department of Justice
Washington, DC, 20530

11/14/05

**Dear Disclosure,**

      I am writing to request information under the FOIA and the Privacy Act of 1974 as records and information maintained by the DOJ which were correspondences to the Civil Rights/Criminal Division, Nicole Birch and Laura Sauer of the DOJ.

      The records I am requesting are those correspondences sent to the two above employees in your criminal/civil division during the period from January 2001 to May 2001. I agree to pay associated cost up to $50 with notice of cost above this amount to be forwarded to myself.

      Please forward the requested information to the above address.

                               Sincerely,

                               Steven Ivey

EXHIBIT B

Steven Ivey
7611 S. O.B.T., #278
Orlando, Fl, 32809

Nelson Hermilla
Civil Rights Division
Freedom of Information /Privacy Acts Branch
Department of Justice
950 Pennsylvania Av., N.W.
Washington, DC, 20530

01/17/06

FIOA Request # 2006-0099(4-078)

Dear Nelson Hermilla,

      This is in reply for your request for "Certification of Identity" as per the above reference request. Enclosed is the form with the "sufficient" information required. Since the records I have requested did not have my date of birth; place of birth; and/or my social security number I have not included them. The records I requested should not have these identifiers attached to them.

      Sincerely,

      Steven Ivey

*EXHIBIT C*

Steven Ivey
7611 S. O.B.T., #278
Orlando, Fl, 32809

Co-Director
Office of Information and Privacy
Department of Justice
Flag Bldg., Ste. 570
Washington, DC, 20530

05/29/06

**FOI / PA APPEAL**

**FIOA Request # 2006-0099(4-078)**

Dear Office of FOI / PA,

    This is an appeal of the above referenced FOI ? PA request. (Attachments # 1 & 2) beginning October 10, 2005.

    In reply, Nelson Hermilla, from the Civil Rights Division, sent a letter, (Attachment #3), dated November 29, 2005. In this letter there is a request for a "Certification of Identity," (Attachment #4). This certification along with a corresponding letter was sent, January 17, 2006, (Attachment # 5). The crucial point behind the request from Nelson Hermilla was that identifiers needed to be sent so that the documentation could be found. As explained the documentation **would not have contained such information**.

1

*EXHIBIT D*

Since January 2006 I have not received any correspondence concerning my request. This means that the required time limits have passed. Additionally, I have agreed to pay any reasonable copy or related cost.

Sincerely,

Steven Ivey

Steven Ivey
7611 S. Orange Bl. Tr., Ste. #278
Orlando, Fl, 32809
757-560-9485

**Attn. Thomas McIntyre**
**FOIA Disclosure Unit**
**Department of Justice**
**Criminal Division / Ste. 1127**
**1301 New York Avenue, N.W.**
**Washington, DC, 20530-0001**

10/10/05

**Dear Thomas McIntyre,**

      I am writing to inquire as to if this office is the proper office to request information under the FOIA and the Privacy Act of 1974 as maintained by the DOJ which were correspondences to Nicole Birch and Laura Sauer of the DOJ.

      The records I am requesting are those correspondences sent to the two above employees in your criminal/civil division during the period from January 2001 to May 2001.

      Please forward the requested information to the above address.

Sincerely,

Steven Ivey

*Attachment #1*

Steven Ivey
7611 S. OBT, Ste. #278
Orlando, Fl, 32809
757-560-9485

**FOIA/PA Branch Manager
Civil Rights Division, Rm 311, NALC Bldg.
950 Pennsylvania Avenue, N.W.
Department of Justice
Washington, DC, 20530**

11/14/05

**Dear Disclosure,**

       I am writing to request information under the FOIA and the Privacy Act of 1974 as records and information maintained by the DOJ which were correspondences to the Civil Rights/Criminal Division, Nicole Birch and Laura Sauer of the DOJ.

       The records I am requesting are those correspondences sent to the two above employees in your criminal/civil division during the period from January 2001 to May 2001. I agree to pay associated cost up to $50 with notice of cost above this amount to be forwarded to myself.

       Please forward the requested information to the above address.

       Sincerely,

       Steven Ivey

*Attachment #2*

U.S. Department of Justice

Civil Rights Division

NDH:SC
2006-0099(4-078)

*Freedom of Information/Privacy Acts Branch - NALC*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

NOV 29 2006

Mr. Steven Ivey
7611 S. OBT, Ste. No. 278
Orlando, FL 32809

Dear Mr. Ivey:

    This is to inform you that your request for records from the files of the Civil Rights Division was received by the Freedom of Information/Privacy Acts (FOI/PA) Branch on November 25, 2005.

    Your request for information pertaining to correspondence to Nicole Birch or Laura Sauer of the Civil Rights Division Criminal Section for the period from January, 2001 to May, 2001 has been given the following number: 2006-0099(4-078). Please refer to this number for all future inquiries.

    Since your letter did not include authorization or a certification of identity for Nicole Birch or Laura Sauer, we will close your file for now. We will re-open your request on receipt of the required authorization forms. The Privacy Act, and the Department of Justice Privacy Act regulation, 28 C.F.R. §16.41, require each person requesting records indexed or maintained under his or her name or another person's name, to furnish the Department with proof of identity/consent to disclosure. Please complete the enclosed form and return it directly to the Freedom of Information/Privacy Acts Branch, Civil Rights Division, US Department of Justice, Washington, DC 20530.

    Should you wish to appeal the identification/consent requirement, you may do so by writing, within sixty days, to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Bldg., Suite 570, Washington, DC 20530. The envelope should be marked "FOI/PA Appeal." Following review by the Department, judicial review of the decision of the Attorney General is available in the United States District Court in the judicial district in which you reside, in which you have your principal place of business, or in the District of Columbia.

*Attachment #3*

If you have any questions, you may contact us at (202) 514-4210.

Sincerely,

Nelson D. Hermilla, Chief
Freedom of Information/Privacy Acts Branch
Civil Rights Division

U.S. Department of Justice                **Certification of Identity**   

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _Steven G. Ivey_

Current Address  _7611 S. Orange BL. TR., #278_

Date of Birth  _____

Place of Birth  _____

Social Security Number [2]  _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  _[signature]_                              Date  _1-17-06_

---

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016              _Attachment #4_              FORM DOJ-361
EXPIRES 1/31/98                                                            FEB. 95

Steven Ivey
7611 S. O.B.T., #278
Orlando, Fl, 32809

Nelson Hermilla
Civil Rights Division
Freedom of Information /Privacy Acts Branch
Department of Justice
950 Pennsylvania Av., N.W.
Washington, DC, 20530

01/17/06

**FIOA Request # 2006-0099(4-078)**

Dear Nelson Hermilla,

This is in reply for your request for "Certification of Identity" as per the above reference request. Enclosed is the form with the "sufficient" information required. Since the records I have requested did not have my date of birth; place of birth; and/or my social security number I have not included them. The records I requested should not have these identifiers attached to them.

Sincerely,

*[signature]*
Steven Ivey

*Attachment #5*

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

OCT 2 3 2006

Mr. Steven Ivey
No. 278
7611 S. Orange Blossom Trail
Orlando, FL 32809

Re:  Appeal No. 06-2212
     Request No. 2006-0099 (4-078)
     ALB:JTR

Dear Mr. Ivey:

  You appealed from the action of the Civil Rights Division on your request for access to copies of correspondence sent to Department of Justice paralegals Nicole Birch and Laura Sauer between January 2001 and May 2001.

  After carefully considering your appeal, and following discussions between the Civil Rights Division and a member of my staff, I am remanding your request for a proper search for responsive records. If the Civil Rights Division locates responsive records through this search, it will send any and all releasable portions of them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by the Civil Rights Division.

  If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

EXHIBIT E

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

I
07-1284
EGS

## I (a) PLAINTIFFS

Steven Ivy

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (MP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Dept. of Justice

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
_____ CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01284
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/19/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR  ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☒ YES  ☐ NO  If yes, please complete related case form.

DATE           SIGNATURE OF ATTORNEY OF RECORD
               NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd