**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-1284 (EGS) |
| ) | **ECF** |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court for a four week enlargement of time to file its response to plaintiff's complaint. In support of this motion, defendant states the following:

1. Plaintiff filed his pro se "Complaint Pursuant to the Privacy Act and Freedom of Information Act" in this Court on June 27, 2007.

2. Service was perfected on July 25, 2007. Therefore, defendant's response to the complaint is due on or before August 24, 2007.

3. The undersigned counsel has been in contact with the United States Department of Justice. However, a request for the administrative file pertaining to this lawsuit was inadvertently misdirected to the Department of Justice's criminal division. However, the entity that processed plaintiff's FOIA request was the Department of Justice's civil rights division. Counsel has since been in contact with the Department of Justice's civil rights division and is awaiting the administrative file so that she may respond to plaintiff's complaint. However, at this time, the administrative file has not yet been received.

4. Good cause supports this motion because the undersigned counsel has not yet

received the complete administrative file pertaining to plaintiff's request, and therefore she is not yet in a position to respond to plaintiff's complaint. The requested extension of time will enable the undersigned counsel to thoroughly investigate the facts in this matter and will enable counsel to determine whether a dispositive motion may be filed in this action that may resolve plaintiff's complaint. Accordingly, defendant seeks a four week extension of time, up to and including September 21, 2007, in which to answer or otherwise respond to plaintiff's complaint. This is the first extension of time Defendant has sought in this matter.

6.   Counsel for defendant attempted to contact the pro se plaintiff about this motion but was unable to speak with him prior to filing this motion. Therefore, counsel cannot represent plaintiff's position regarding the relief sought herein.[1]

Dated: August 24, 2007

Respectfully submitted,

　/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Mr. Steven Ivey
7611 South Orange Bl. Tr.
Apartment #278
Orlando, FL 32809

on this 24th day of August, 2007

/s/
MICHELLE N. JOHNSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN IVEY, )<br>)<br>　　　Plaintiff, )<br>)<br>　　　v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>　　　Defendant. )<br>) | Civil No. 07-1284 (EGS)<br>**ECF** |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time to Respond to the Complaint, it is this ____ day of _____, 2007, **ORDERED** that Defendant's motion should be and it hereby is granted; and it is, **FURTHER ORDERED** that Defendant shall have up to and including September 21, 2007 to respond to plaintiff's complaint.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE