**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEVEN IVEY. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CA No. 07 - 1284 |
| V. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**RECEIVED
OCT 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

## MOTION TO WITHDRAW COMPLAINT

The defendant, Department of Justice, has supplied to the plaintiff, Ivey, on September 18, 2007, the documents and records as originally requested from the DOJ. The failure to supply the records established the basis for the present case.

A letter from Ivey written to the DOJ on January 26, 2001, was not included with the supplied records, but the DOJ does makes reference to the fact that Ivey did send this letter with a DOJ "supposed drafted " reply letter, which is not dated. This creates a suspicious discrepancy that may be referenced for related cases.

Because, (1) the DOJ has supplied to some sufficiency Ivey's request; Ivey does not see any remaining issues of significance; and (2) it would benefit the efficiency of the Court; (3) Ivey is requesting the present case be withdrawn from further adjudication.

## Certification of Service

The attached document was sent by mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jeffery Taylor
Office of the US Attorney General
555 4th Street, NW, Room E4212
Washington, DC, 20530

_16-11-07_
Date

_Steven Ivey_
Plaintiff