IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,           )
                       )
    Plaintiff,         )
                       )
    v.                 )     Civil No. 07-1284 (EGS)
                       )     **ECF**
DEPARTMENT OF JUSTICE, )
                       )
    Defendant.         )
                       )

**RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT**

Defendant, the United States Department of Justice, hereby responds to Plaintiff's Motion to Withdraw Complaint [Docket No. 9]. While Defendant does not oppose Plaintiff's request,[1] Defendant does ask that any dismissal be with prejudice. Defendant has filed a motion for summary judgment, which is pending, [Docket No. 7], and plaintiff has not opposed that motion or indicated that there is any concrete basis to challenge Defendant's production of records to him.[2] Accordingly, Defendant asks that should the Court grant Plaintiff's motion to withdraw his complaint that any dismissal be with prejudice. See Fed. R. Civ. P. 41(a)(2) ("Except as provided . . . an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon

---

[1] Pursuant to Federal Rule of Civil Procedure 41(a), because Defendant has filed a motion for summary judgment, plaintiff is unable to voluntarily dismiss his action at this juncture without Defendant's consent or an order of the Court. See Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before serving by the adverse party of an answer or of a motion for summary judgment . . . or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action."); see also Fed. R. Civ. P. 41(a)(2).

[2] Plaintiff does indicate that Defendant refers to a letter that was not included in Defendant's production of records and that this fact "creates a suspicious discrepancy that may be referenced for related cases." Plaintiff's Motion to Withdraw Complaint ("Pl.'s Mot.") at 1 (emphasis added). However, Plaintiff does not indicate that he is relying on this purported discrepancy to challenge the production made in this case.

such terms and conditions as the court deems proper.").

                                          Respectfully submitted,

                                          /s/ Jeffrey A. Taylor
                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                   United States Attorney

                                          /s/ Rudolph Contreras
                                   RUDOLPH CONTRERAS, D.C. BAR #  434122
                                   Assistant United States Attorney

                                          /s/ Michelle N. Johnson
                                   MICHELLE N. JOHNSON, D.C. BAR # 491910
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Civil Division
                                   555 4th Street, N.W. – Room E4212
                                   Washington, D.C. 20530
                                   (202) 514-7139


                                   COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Response to Plaintiff's Motion to Withdraw Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Mr. Steven Ivey
7611 South Orange Bl. Tr.
Apartment #278
Orlando, FL 32809

on this 26th day of October, 2007

/s/
MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-1284 (EGS) |
| ) | **ECF** |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **PROPOSED ORDER**

This matter having come before the Court on Plaintiff's Motion to Withdraw Complaint, it is hereby

**ORDERED** that Plaintiff's Motion is hereby **GRANTED**. And it is further

**ORDERED** that this matter is hereby dismissed with prejudice.

**SO ORDERED** on this _____ day of _____, 2007.

_____

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE