## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No.  07-1284 (EGS) |

### ORDER

Having considered plaintiff's "Motion to Withdraw Complaint" and defendant's response thereto, it is hereby

ORDERED that plaintiff's "Motion to Withdraw Complaint" [Dkt. #9] is GRANTED.  It is further

ORDERED that defendant's motion to dismiss [Dkt. #7] or, in the alternative, for summary judgment [Dkt. #7] is DENIED as moot.  It is further

ORDERED this civil action is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed:   EMMET G. SULLIVAN
          United States District Judge

Dated:    October 29, 2007